[Nos. 43762-7-II; 45418-1-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LA'JUANTA LE'VEAR CONNER, *Appellant*.

*Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 45248-1-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER EDWARD EGER, *Appellant*.

*Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 45400-9-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MAKSIM V. BURICH, *Appellant*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 45488-2-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON SCOTT CAMPBELL, *Appellant*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.